**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEW JERSEY DIVISION**

| | |
|---|---|
| In re: JACKSON, THOMAS R. § | Case No. 12-10215-GMB |
| JACKSON, LINDA A. § | |
| § | |
| Debtor(s) § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 05, 2012.  The undersigned trustee was appointed on January 06, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         110,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 62,183.81 |
| Administrative expenses | 12,443.33 |
| Bank service fees | 339.52 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 17,039.51 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 17,993.83 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/10/2012 and the deadline for filing governmental claims was 09/10/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,898.02. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,568.64, for a total compensation of $5,568.64.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/11/2013          By: /s/Thomas J. Subranni
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-10215-GMB  
**Case Name:** JACKSON, THOMAS R.  
JACKSON, LINDA A.  
**Period Ending:** 03/11/13

**Trustee:** (500840) Thomas J. Subranni  
**Filed (f) or Converted (c):** 01/05/12 (f)  
**§341(a) Meeting Date:** 02/16/12  
**Claims Bar Date:** 09/10/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Principal Res.: 19 White Pine Ln, Petersburg, NJ<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 297,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 14 Vernon Rd, Marmora, NJ 08223, Value $125,000.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 112,500.00 | 95,460.49 | | 110,000.00 | FA |
| 3 | Cash on Hand<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account: TD Bank ending 7826<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 21.30 | 0.00 | | 0.00 | FA |
| 5 | Checking Account: Sturdy Bank ending 0535<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 177.60 | 0.00 | | 0.00 | FA |
| 6 | Checking Account Wells Fargo Bank ending 0099<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 158.89 | 0.00 | | 0.00 | FA |
| 7 | Savings Account Wells Fargo Bank ending 2889<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 52.70 | 0.00 | | 0.00 | FA |
| 8 | 4 Bedrooms, Living Room, Family Room, Kitchen, 5<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,800.00 | 0.00 | | 0.00 | FA |
| 9 | Clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 10 | Watch & Bracelet<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Digital Camera<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Term Life Insurance Policy - Husband Union Centr | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-10215-GMB  
**Case Name:** JACKSON, THOMAS R.  
JACKSON, LINDA A.  
**Period Ending:** 03/11/13  

**Trustee:** (500840) Thomas J. Subranni  
**Filed (f) or Converted (c):** 01/05/12 (f)  
**§341(a) Meeting Date:** 02/16/12  
**Claims Bar Date:** 09/10/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Term Life Insurance Policy - Wife Union Central<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | IRA with Sun America<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Thomas R. Jackson Enterprises, Inc. t/a Action E<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Pioneer Investments, LLC 50% Interest "Paper Roa<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 17 | Interest in Tom Jackson & Son's Electrical Servi<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Amounts Owed Wife<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,500.00 | 0.00 | | 0.00 | FA |
| 19 | 2003 BMW Mileage: 115,500<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 7,000.00 | 0.00 | | 0.00 | FA |
| 20 | 2003 Saturn Ion (Son) Mileage: 57,400<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 21 | 2005 Dodge Magnum Mileage<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 22 | 2011 Ford Edge Mileage: 38,400<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 25,000.00 | 0.00 | | 0.00 | FA |
| 23 | Stentura 8000 LX (Obsolete), Desk, Computer, Pri<br>Orig. Asset Memo: Imported from original petition | 750.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 12-10215-GMB  
**Case Name:** JACKSON, THOMAS R.  
JACKSON, LINDA A.  
**Period Ending:** 03/11/13

**Trustee:** (500840) Thomas J. Subranni  
**Filed (f) or Converted (c):** 01/05/12 (f)  
**§341(a) Meeting Date:** 02/16/12  
**Claims Bar Date:** 09/10/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Doc# 1 | | | | | |
| 23  Assets  Totals (Excluding unknown values) | $453,160.49 | $95,460.49 | | $110,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Sale of Property took place on 9/13/12.  Pending tax returns, prompt determination request from IRS.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2012          **Current Projected Date Of Final Report (TFR):**     March 31, 2013

Printed: 03/11/2013 01:04 PM     V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-10215-GMB
**Case Name:** JACKSON, THOMAS R.
JACKSON, LINDA A.
**Taxpayer ID #:** **-***4801
**Period Ending:** 03/11/13

**Trustee:** Thomas J. Subranni (500840)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******88-66 - Checking Account
**Blanket Bond:** $33,548,151.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/12/12 | | BRIAN BROADLEY | Deposit (Check No. 5533) | 1110-000 | 5,000.00 | | 5,000.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,975.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,950.00 |
| 09/14/12 | | Surety Title Company of Atlantic County - | Sale of Property: 14 Vernon Road, Marmora, NJ 08223 | | 31,499.64 | | 36,449.64 |
| | {2} | | Gross Sale Price           110,000.00 | 1110-000 | | | 36,449.64 |
| | | | City Taxes (Pro-rated)           121.44 | 2820-000 | | | 36,449.64 |
| | | | Excess Deposit           -5,000.00 | 1110-000 | | | 36,449.64 |
| | | | Prudential Fox Roach           -6,600.00 Realty - Fee | 3510-000 | | | 36,449.64 |
| | | | Closing Costs           -260.00 | 2500-000 | | | 36,449.64 |
| | | | Quarterly Taxes (through           -4,577.99 9/30/12) | 2820-000 | | | 36,449.64 |
| | | | TD Bank - Payoff           -62,183.81 Mortgage | 4110-000 | | | 36,449.64 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.98 | 36,418.66 |
| 10/15/12 | 101 | LOBOSCO INSURANCE GROUP, L.L.C. | Policy # CUG120186-01583 - 5/15/12 - 9/14/12 | 2420-000 | | 949.91 | 35,468.75 |
| 10/15/12 | 102 | THOMAS R. JACKSON & LINDA A. JACKSON | Debtors' Exemption | 8100-002 | | 17,039.51 | 18,429.24 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.31 | 18,347.93 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.51 | 18,275.42 |
| 12/14/12 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/13/2012 FOR CASE# 12-10215/GMB. BLANKET BOND # 016026385 FOR 2013. | 2300-000 | | 34.87 | 18,240.55 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.49 | 18,188.06 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001050084088 20130103 | 9999-000 | | 18,188.06 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **36,499.64** | **36,499.64** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 18,188.06 | |
| | | | **Subtotal** | | **36,499.64** | **18,311.58** | |
| | | | Less: Payments to Debtors | | | 17,039.51 | |
| | | | **NET Receipts / Disbursements** | | **$36,499.64** | **$1,272.07** | |

{} Asset reference(s)

Printed: 03/11/2013 01:04 PM    V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 12-10215-GMB | | **Trustee:** | Thomas J. Subranni (500840) |
|---|---|---|---|---|
| **Case Name:** | JACKSON, THOMAS R. | | **Bank Name:** | Rabobank, N.A. |
| | JACKSON, LINDA A. | | **Account:** | ****922066 - Checking Account |
| **Taxpayer ID #:** | **-***4801 | | **Blanket Bond:** | $33,548,151.00  (per case limit) |
| **Period Ending:** | 03/11/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 18,188.06 | | 18,188.06 |
| 01/18/13 | 10104 | State of New Jersey - TGI | NJ 1041-2011 - EIN: 38-7044801 | 2820-000 | | 142.00 | 18,046.06 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 27.90 | 18,018.16 |
| 02/28/13 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | 24.33 | 17,993.83 |

|  |  | | |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 18,188.06 | 194.23 | $17,993.83 |
| | Less: Bank Transfers | 18,188.06 | 0.00 | |
| | **Subtotal** | 0.00 | 194.23 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$194.23** | |

| | | |
|---|---|---|
| Net Receipts : | 36,499.64 |
| Plus Gross Adjustments : | 73,500.36 |
| Less Payments to Debtor : | 17,039.51 |
| Net Estate : | $92,960.49 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******88-66** | 36,499.64 | 1,272.07 | 0.00 |
| **Checking # ****922066** | 0.00 | 194.23 | 17,993.83 |
| | **$36,499.64** | **$1,466.30** | **$17,993.83** |

{} Asset reference(s)                                                                                                                Printed: 03/11/2013 01:04 PM    V.13.13

# Court Claims Register

**Case: 12-10215-GMB        JACKSON, THOMAS R.**

Claims Bar Date: 09/10/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | TD Bank, N.A. successor to Commerce Bank, N.A. <br> c/o Ostrowitz & Ostrowitz Esqs. <br> 225 Gordons Corner Rd. <br> Manalapan, NJ 07726 <br> <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured <br> 03/08/12 | (Secured) EXPUNGE...Paid off at Settlement: 9/13/12. | $58,477.69 <br> $0.00 | $0.00 | $0.00 |
| 12 | Upper Township <br> Office of Tax Collector <br> PO Box 216 <br> Tuckahoe, NJ 08250 <br> <4700-00  Real Property Tax Liens (pre-petition)>, 100 | Secured <br> 07/02/12 | (Secured) EXPUNGE - Paid off at settlememt: 9/13/12. | $2,606.41 <br> $0.00 | $0.00 | $0.00 |
| 22 | TD Bank, N.A. <br> Attn: Robin Paradis, Bankruptcy Mgr. <br> P.O. Box 9547 <br> Portland,, ME 04112 <br> <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured <br> 01/05/12 | (Secured) EXPUNGED per Order signed 2/25/13. Second Mortgage on a home that was abandoned by Trustee. Claimant left to its remedies against the security. | $89,132.34 <br> $0.00 | $0.00 | $0.00 |
|  | Thomas J. Subranni <br> 1624 Pacific Avenue <br> POB 1913 <br> Atlantic City, NJ 08404-1913 <br> <2100-00  Trustee Compensation>, 200 | Admin Ch. 7 <br> 01/05/12 |  | $7,898.02 <br> $7,898.02 | $0.00 | $7,898.02 |
|  | SHARER PETREE BROTZ & SNYDER <br> 1103 Laurel Oak Road <br> Suite 105-B <br> Voorhees,, NJ 08043 <br> <3410-00  Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7 <br> 01/05/12 | Per Order signed by Judge Burns on 3/4/13. | $1,896.50 <br> $1,896.50 | $0.00 | $1,896.50 |
|  | SHARER PETREE BROTZ & SNYDER <br> 1103 Laurel Oak Road <br> Suite 105-B <br> Voorhees,, NJ 08043 <br> <3420-00  Accountant for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7 <br> 01/05/12 | Per Order signed by Judge Burns on 3/4/13. | $12.30 <br> $12.30 | $0.00 | $12.30 |
|  | SUBRANNI ZAUBER LLC <br> 1624 Pacific Avenue <br> Atlantic City, NJ 08404 <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7 <br> 01/05/12 | Attorney's Fees. | $15,495.00 <br> $15,495.00 | $0.00 | $15,495.00 |

# Court Claims Register

### Case:  12-10215-GMB        JACKSON, THOMAS R.

Claims Bar Date:  09/10/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | SUBRANNI ZAUBER LLC<br>1624 Pacific Avenue<br><br>Atlantic City, NJ 08404<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch.  7<br>01/05/12 | Attorney's Expenses. | $218.90<br>$218.90 | $0.00 | $218.90 |
| 19 | Internal Revenue Service<br><br>Ogden, UT 84201-0010<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>07/17/12 | (Priority) - Listed in Sch. "E". | $86,635.21<br>$86,635.21 | $0.00 | $86,635.21 |
| 20 | State of New Jersey - Dept. of Treasury<br>Division of Taxation<br>P.O. Box 245<br>Trenton,, NJ 08695-0245<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>01/05/12 | (Priority) Listed in Sch."E". | $24,745.81<br>$24,745.81 | $0.00 | $24,745.81 |
| 2 | Atlas Acquisitions LLC<br>294 Union St.<br><br>Hackensack, NJ 07601<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/14/12 | Listed in Sch."F" as "Bank of America" - Account # 7469. | $25,990.24<br>$25,990.24 | $0.00 | $25,990.24 |
| 3 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/15/12 | Listed in Sch."F" as "Sears Credit Cards" - Account # 5641. | $3,479.14<br>$3,479.14 | $0.00 | $3,479.14 |
| 4 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/20/12 | Listed in Sch."F" as "Peebles" - Account # 9654. | $219.50<br>$219.50 | $0.00 | $219.50 |
| 5 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/20/12 | Listed in Sch."F" as "US Airways Dividend Miles Card Svcs." - Account # 1507. | $6,451.13<br>$6,451.13 | $0.00 | $6,451.13 |
| 6 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/20/12 | Listed in Sch."F" as US Airways Dividend Miles Card Svcs." - Account # 8685. | $6,728.42<br>$6,728.42 | $0.00 | $6,728.42 |

# Court Claims Register

**Case:  12-10215-GMB        JACKSON, THOMAS R.**

Claims Bar Date:  09/10/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | Midland Funding, LLC<br>25 SE 2nd Ave., Suite 1120<br><br>Miami,, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/25/12 | Listed in Sch."F" as Amazon/GECRB - Account # 0201. | $441.05<br>$441.05 | $0.00 | $441.05 |
| 8 | Midland Funding, LLC<br>25 SE 2nd Ave., Suite 1120<br><br>Miami,, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/25/12 | Listed in Sch"F" as "PayPal Credit Services/GEMB" - Account # 5055. | $8,084.41<br>$8,084.41 | $0.00 | $8,084.41 |
| 9 | Midland Funding, LLC<br>by its authorized agent Recoser, LLC<br>25 SE 2nd Ave., Suite 1120<br>Miami,, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/25/12 | Listed in Sch."F" as TJX Rewards - Account # 7733. | $1,111.02<br>$1,111.02 | $0.00 | $1,111.02 |
| 10 | Billows Electric Supply Company<br>c/o Gary M. Perkiss, Esquire<br>One Greentree Center,Suite 201<br>Marlton, NJ 08053<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/25/12 | Listed in Sch."F" for same amount - Superior Court Docket # CPM-L-000052-11. | $53,108.42<br>$53,108.42 | $0.00 | $53,108.42 |
| 11 | Cooper Electric Supply Co.<br>c/o Nord & DeMaio,Turnpike<br>Metroplex,190 State Highway 18, Suite 20<br>East Brunswick, NJ 08816<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/25/12 | Listed in Sch."F" - Account # 2989. | $97,492.27<br>$97,492.27 | $0.00 | $97,492.27 |
| 13 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br><br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/09/12 | Listed in Sch."F" as "Bank of America" - Account # 6060. | $12,415.19<br>$12,415.19 | $0.00 | $12,415.19 |
| 14 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br><br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/09/12 | Listed in Sch."F" as "Bank of America" - Account # 7170. | $6,742.28<br>$6,742.28 | $0.00 | $6,742.28 |
| 15 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br><br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/09/12 | Listed in Sch."F" as "FIA Card Services" - Account # 1696. | $24,112.25<br>$24,112.25 | $0.00 | $24,112.25 |

# Court Claims Register

**Case: 12-10215-GMB       JACKSON, THOMAS R.**

Claims Bar Date: 09/10/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 | FIA CARD SERVICES, N.A. <br> PO Box 15102 <br><br> Wilmington, DE 19886-5102 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 07/09/12 | Listed in Sch."F" as "Bank of America" - Account # 2785. | $44,349.62 <br> $44,349.62 | $0.00 | $44,349.62 |
| 17 | American Express Centurion Bank <br> c/o Becket and Lee LLP <br> POB 3001 <br> Malvern, PA 19355-0701 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 07/10/12 | Listed in Sch."F" as "American Express" - Account # 2009. | $668.50 <br> $668.50 | $0.00 | $668.50 |
| 18 | American InfoSource LP as agent for <br> First Data Global Leasing <br> PO Box 248838 <br> Oklahoma City, OK 73124-8838 <br><br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 07/15/12 | Listed in Sch."G" as Firstlease, Inc.  - Claim is for the "unsecured" services rendered. | $1,638.00 <br> $1,638.00 | $0.00 | $1,638.00 |
| 21 | US Bank, N.A. <br> Bankruptcy Department <br> P.O. Box 5229 <br> Cincinnati,, OH 45201-5229 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 01/05/12 | Listed in Sch."F" as US Bank - Account # 7164. | $3.53 <br> $3.53 | $0.00 | $3.53 |
| 23 | U.S. Dept. of Education <br> P.O. Box 530229 <br><br> Atlanta,, GA 30353-0229 <br><br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 01/05/12 | Listed in Sch. "F" as "U.S. Dept. of Education - Great Lakes" - Account # 8581. | $25,605.87 <br> $25,605.87 | $0.00 | $25,605.87 |
| 24 | Capital One, N.A. <br> c/o Bass & Associates, P.C. <br> 3936 E. Ft. Lowell Rd, Suite 200 <br> Tucson,, AZ 85712 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 01/05/12 | Listed in Sch."F" as "Boscov's" - Account # 1574. | $206.56 <br> $206.56 | $0.00 | $206.56 |
| 25 | American Express Bank <br> c/o Becket & Lee, LLP <br> P.O. Box 3001 <br> Malvern,, PA 19355-0701 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 01/05/12 | Listed in Sch."F" as "American Express" - Account # 2003. | $6,000.00 <br> $6,000.00 | $0.00 | $6,000.00 |

**Case Total:**                                                                 **$0.00**        **$461,749.14**

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-10215-GMB
Case Name: JACKSON, THOMAS R.
Trustee Name: Thomas J. Subranni

**Balance on hand:** $ 17,993.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | TD Bank, N.A. successor to Commerce Bank, N.A. | 58,477.69 | 0.00 | 0.00 | 0.00 |
| 12 | Upper Township | 2,606.41 | 0.00 | 0.00 | 0.00 |
| 22 | TD Bank, N.A. | 89,132.34 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 17,993.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Thomas J. Subranni | 7,898.02 | 0.00 | 5,568.64 |
| Attorney for Trustee, Fees - SUBRANNI ZAUBER LLC | 15,495.00 | 0.00 | 10,925.02 |
| Attorney for Trustee, Expenses - SUBRANNI ZAUBER LLC | 218.90 | 0.00 | 154.34 |
| Accountant for Trustee, Fees - SHARER PETREE BROTZ & SNYDER | 1,896.50 | 0.00 | 1,337.16 |
| Accountant for Trustee, Expenses - SHARER PETREE BROTZ & SNYDER | 12.30 | 0.00 | 8.67 |

Total to be paid for chapter 7 administration expenses: $ 17,993.83
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $111,381.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | Internal Revenue Service | 86,635.21 | 0.00 | 0.00 |
| 20 | State of New Jersey - Dept. of Treasury | 24,745.81 | 0.00 | 0.00 |

Total to be paid for priority claims:      $            0.00
Remaining balance:      $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 324,847.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Atlas Acquisitions LLC | 25,990.24 | 0.00 | 0.00 |
| 3 | Citibank, N.A. | 3,479.14 | 0.00 | 0.00 |
| 4 | Quantum3 Group LLC as agent for | 219.50 | 0.00 | 0.00 |
| 5 | PHARIA L.L.C. | 6,451.13 | 0.00 | 0.00 |
| 6 | PHARIA L.L.C. | 6,728.42 | 0.00 | 0.00 |
| 7 | Midland Funding, LLC | 441.05 | 0.00 | 0.00 |
| 8 | Midland Funding, LLC | 8,084.41 | 0.00 | 0.00 |
| 9 | Midland Funding, LLC | 1,111.02 | 0.00 | 0.00 |
| 10 | Billows Electric Supply Company | 53,108.42 | 0.00 | 0.00 |
| 11 | Cooper Electric Supply Co. | 97,492.27 | 0.00 | 0.00 |
| 13 | FIA CARD SERVICES, N.A. | 12,415.19 | 0.00 | 0.00 |
| 14 | FIA CARD SERVICES, N.A. | 6,742.28 | 0.00 | 0.00 |
| 15 | FIA CARD SERVICES, N.A. | 24,112.25 | 0.00 | 0.00 |
| 16 | FIA CARD SERVICES, N.A. | 44,349.62 | 0.00 | 0.00 |
| 17 | American Express Centurion Bank | 668.50 | 0.00 | 0.00 |
| 18 | American InfoSource LP as agent for | 1,638.00 | 0.00 | 0.00 |
| 21 | US Bank, N.A. | 3.53 | 0.00 | 0.00 |
| 23 | U.S. Dept. of Education | 25,605.87 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 24 | Capital One, N.A. | 296.56 | 0.00 | 0.00 |
| 25 | American Express Bank | 6,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $         0.00

Remaining balance:   $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $         0.00

Remaining balance:   $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims:  $         0.00

Remaining balance:   $         0.00

**UST Form 101-7-TFR (05/1/2011)**